**466**

**Raymond L. CRAWFORD, d/b/a Raymond L. Crawford, Construction Company, Plaintiff–Respondent,**

v.

**HEMPHILL CONTRACTING COMPANY, INC., Defendant–Appellant.**

**No. 53787.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 14, 1988.

James Edward Terry, St. Louis, for defendant-appellant.

Eugene Edward Coon, Jr., Clayton, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant appeals from trial court jury's verdict and judgment for plaintiff on its suit for contractual payments. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**Samuel BURTON, Claimant–Appellant,**

v.

**ST. LOUIS COUNTY WATER COMPANY, Employer–Respondent.**

**No. 54123.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 14, 1988.

Robert E. Gust, Jr., Thomas H. Falivene, St. Louis, for claimant-appellant.

Adrian DeYong, Kathy Vann Quinerly, St. Louis, for employer-respondent.

### ORDER

PER CURIAM.

Employee appeals from the decision of the Labor and Industrial Relations Commission dismissing his application for review for failure to timely file the application. We affirm pursuant to Rule 84.16(b). No clear errors of law appear, and an extended opinion would have no precedential value.